UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OSCAR HERNANDEZ-ARTEAGA, a/k/a Victor Acosta-Zuniga,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that counsel will notify the Court if pretrial motions will be filed at a later date.  It is

FURTHER ORDERED that counsel will notify the Court if a hearing on all pending motions is necessary.  It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, July 7, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated:  May 20, 2008

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge