**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 08-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA, a/k/a Victor Acosta-Zungia,

    Defendant.

---

**ORDER**

---

    THE COURT having considered the United States of America's Motion to Dismiss the Indictment, and being fully advised, it is hereby

    ORDERED that Government's Motion to Dismiss the Indictment [doc. #17], filed October 7, 2008, is **GRANTED.** It is further

    ORDERED that the Indictment (Docket # 1) in this matter is dismissed.

    Dated this 23rd day of January, 2009.

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         WILEY Y. DANIEL,
                                         CHIEF UNITED STATES DISTRICT JUDGE