# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  08-cr-00208-REB-01 |
| | USM Number:  40605-359 |
| OSCAR HERNANDEZ-ARTEAGA <br> a/k/a Victor Acosta-Zuniga | Edward R. Harris, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|:---:|:---|:---:|
| 1 | Violation of Special Condition - Reentering the United States Illegally After Deportation | 02/18/11 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 26, 2012

Date of Imposition of Judgment

s/ Robert E. Blackburn

Signature of Judge

Robert E. Blackburn, U.S. District Judge

Name & Title of Judge

January 31, 2012

Date

DEFENDANT:  OSCAR HERNANDEZ-ARTEAGA
CASE NUMBER:  08-cr-00208-REB-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four (4) months, consecutive to the custodial sentence imposed in 11-cr-00094-REB-01.

       The court recommends that the Bureau of Prisons designate defendant to FCI Englewood, Colorado.

       The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

       Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal